# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv209

| | |
|---|---|
| IRENE BONGOLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| THE PANTRY, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendant filed Notice of Removal from Mecklenburg County Superior Court on May 26, 2009 along with Notice of Removal to Plaintiff and Notice of Removal to State Court. [Doc. 1]. The Defendant filed an Answer to the Plaintiff's Complaint on May 26, 2009 [Doc. 3]. As a result, issue was joined as of that date. L.Cv.R. 16.1(D).

Local Rule 16.1 provides that no later than fourteen (14) days from joinder of the issues, the parties or their counsel shall conduct an Initial Attorney's Conference ("IAC"). L.Cv.R. 16.1(A). Within five (5) days of the IAC, the parties are required to file a Certification of Initial Attorney's Conference ("CIAC") with the Court. L.Cv.R. 16.1(B).

Although the parties were notified on May 27, 2009 that their initial conference should be conducted, no certification thereof has been filed. A member of chambers staff inquired of defense counsel concerning the conference and was advised that the Plaintiff has retained counsel. However, no attorney has filed a notice of appearance on her behalf and no certification of the initial conference has been filed. As a result, the Court will require response.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days from entry of this Order, the parties shall conduct an Initial Attorney's Conference, if they have not already done so, and shall file certification thereof.

**IT IS FURTHER ORDERED** that on or before fifteen (15) days from entry of this Order, the Plaintiff shall advise whether she has retained counsel and if so, she shall advise of the name and address of counsel.

Signed: June 23, 2009

Martin Reidinger
United States District Judge